FILED
OCT 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40095 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| WILLIE BROWN PARKS, ) | Sections 922 and 924; Title 21, |
| a.k.a. "Squirrel," ) | United States Code, Section |
| ) | 841 |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE)

On or about August 1, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**WILLIE BROWN PARKS,**
a.k.a. "Squirrel,"

did knowingly and intentionally possess with intent to distribute at least 5 grams of a mixture and substance containing cocaine base, that is, "crack," a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

On or about August 1, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**WILLIE BROWN PARKS,**
a.k.a. "Squirrel,"

did knowingly possess a firearm, that is, a Beretta 9mm handgun, in furtherance of a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violation of Title 21, United States Code, Section 841, set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT THREE
### (USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME)

On or about August 1, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**WILLIE BROWN PARKS,**
a.k.a. "Squirrel,"

did knowingly use and carry a firearm, that is, a Beretta 9mm handgun, during and in relation to a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violation of Title 21, United States Code, Section 841, set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT FOUR
### (FELON IN POSSESSION OF A FIREARM)

On or about August 1, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**WILLIE BROWN PARKS,**
a.k.a. "Squirrel,"

having been previously convicted under the laws of the State of Illinois of the crime of possession of a controlled substance (3 convictions), all crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously traveled in interstate commerce, that is, a Beretta 9mm handgun, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

A TRUE BILL

S/Foreperson
FOREPERSON

S/Gregg Walters for

RODGER A. HEATON
UNITED STATES ATTORNEY
JKM

-3-