E-FILED
Tuesday, 23 October, 2007 02:50:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

OCT 2 3 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-40095** <br> ) <br> ) <br> ) |
| **Willie Brown Parks**<br>Defendant | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

at **9:30 AM**  on **November 16, 2007** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **December 17, 2007**

at

[  ] Peoria, Illinois

[ **X** ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 23rd day of October, 2007

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

07-40095 Parks SO 102307.wpd