E-FILED
Thursday, 08 November, 2007 08:18:42 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>Willie Brown Parks, aka Squirrel<br><br>Defendant | **WARRANT FOR ARREST**<br><br>CASE NO. 07-40095 |

*Stamps: RECEIVED 2007 OCT 22 A 6:02 US MARSHAL SERVICE CENTRAL ILLINOIS; FILED NOV 8 2007 JOHN M. WATERS, Clerk, U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS; RECEIVED 2007 OCT 25 P 1:20 US MARSHALS SERVICE CENTRAL ILLINOIS*

TO:  THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Willie Brown Parks, aka Squirrel, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Possession with intent to distribute crack cocaine, Possession of a Firearm in furtherance of a drug trafficking crime, Using and Carrying a Firearm during a drug trafficking crime and Felon in Possession of a Firearm in violation of Title 21, United States Code, Section(s) 841(a)(1), 18 USC 924(c)(1)(A) and 18 USC 922 (g).

JOHN M. WATERS
Name of Issuing Officer

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

S/John M. Waters
Signature of Issuing Officer

10/16/07 at Rock Island, IL
Date and Location

Bail fixed at $ <u>None</u> by U.S. Magistrate Judge John A. Gorman.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Rock Island_

| Date Received 10/22/07 | Name of Arresting Officer _Ben M'presonne_ | Signature of Arresting Officer |
| Date of Arrest 10/19/07 | Title of Arresting Officer _FBI_ | S/Larry Hollis |