**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )     **Criminal No. 07-40095**<br>)<br>**WILLIE BROWN PARKS,** )<br>a.k.a. "Squirrel," )<br>)<br>**Defendant.** ) | |

**UNITED STATES' NOTICE OF INTENT TO
RELY UPON PRIOR FELONY DRUG CONVICTIONS
FOR SENTENCING ENHANCEMENT**

The United States of America, by and through the undersigned Assistant U.S. Attorney, and pursuant to 21 U.S.C. § 851(a)(1), hereby files this notice of intent to rely upon the penalty enhancement contained in 21 U.S.C. § 841(b)(1)(A) for the sentencing of defendant Willie Brown Parks, a.k.a. "Squirrel," and states:

1. On or about April 26, 2007, in Case Number 07-CF-13, the defendant was convicted in Rock Island County, Illinois, of the felony offense of Possession of a Controlled Substance, in violation of the laws of the State of Illinois.

2. On or about April 26, 2007, in Case Number 07-CF-212, the defendant was convicted in Rock Island County, Illinois, of the felony offenses of Possession of a Controlled Substance (2 counts), in violation of the laws of the State of Illinois.

3. Pursuant to 21 U.S.C. § 841(b)(1)(A), upon conviction in the instant matter the defendant is subject to a mandatory minimum term of imprisonment of ten (10) years up to a maximum of life imprisonment, a supervised release term of at least eight (8) years up to a maximum of life, and a

fine of up to $4,000,000, all by virtue of his prior felony convictions specified in paragraphs 1 and 2 above.

    4. This notice is being filed and furnished to the defendant in accordance with 21 U.S.C. § 851(a)(1).

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

    BY: __/s/ John K. Mehochko_____
        JOHN K. MEHOCHKO
        ASSISTANT U.S. ATTORNEY
        1830 Second Avenue, Suite 320
        Rock Island, Illinois 61201
        Telephone (309) 793-5884

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

Donovan Robertson
Attorney for Willie Brown Parks, a.k.a. "Squirrel"

        _/s/ John K. Mehochko_____
        John K. Mehochko
        Assistant U.S. Attorney