**E-FILED**
Wednesday, 13 August, 2008 10:21:27 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

**PAMELA E. ROBINSON**
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

### OFFICE OF THE CLERK
40 U.S. COURTHOUSE
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

**FILED**
AUG 1 1 2008
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

July 25, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

# 08 - 1319

RE: USA v. Christopher Budd
D. C. Docket No. 07-40026
U. S. C. A. Docket No. 08-1319

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

2 Volumes of Pleadings

**U.S.C.A. – 7th Circuit**
**F I L E D**

0 Volumes of Transcript

AUG 0 7 2008   DW

**ON CM/ECF**

0 Volumes of Depositions

GINO J. AGNELLO
CLERK

AUG 0 7 2008 DW

0 Volumes of Exhibits:

DOC. # _____

1 envelope of Sealed documents: consisting of the PSR, Sentencing Rec and Statement of Reasons.

0 Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

S/Denise Koester

BY: _____
        Deputy Clerk